# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 21, 2020

Lyle W. Cayce
Clerk

No. 17-10253

TRENT TAYLOR,

*Plaintiff—Appellant*,

*versus*

ROBERT STEVENS, *Warden, Individually and in their Official Capacity*;
ROBERT RIOJAS,
*Sergeant of Corrections Officer, Individually and in their Official Capacity*;
RICARDO CORTEZ,
*Sergeant of Corrections Officer, Individually and in their Official Capacity*;
STEPHEN HUNTER,
*Correctional Officer, Individually and in their Official Capacity*;
LARRY DAVIDSON,
*Correctional Officer, Individually and in their Official Capacity*;
SHANE SWANEY,
*Sergeant of Corrections Officer, Individually and in their Official Capacity*;
FRANCO ORTIZ,
*Correctional Officer, Individually and in their Official Capacity*;
CREASTOR HENDERSON, L.V.N.,
*Individually and in their Official Capacity*;
STEPHANIE ORR, L.V.N., *Individually and in their Official Capacity*;
JOE MARTINEZ,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
No. 5:14-CV-149

## ON REMAND FROM
## THE UNITED STATES SUPREME COURT

Before OWEN, *Chief Judge*, JONES and SMITH, *Circuit Judges*.

PER CURIAM:

This court affirmed in part and reversed and remanded in part in regard to the plaintiff's claims brought under 42 U.S.C. § 1983 alleging violation of the Eighth Amendment. *Taylor v. Stevens*, 946 F.3d 211 (5th Cir. 2019). On petition for writ of certiorari, the Supreme Court vacated and remanded. *Taylor v. Riojas*, No. 19-1261, 2020 U.S. LEXIS 5193 (U.S. Nov. 2, 2020) (per curiam).

This matter is REMANDED in its entirety to the district court in accordance with the judgment of the Supreme Court. We express no view as to what proceedings the court should conduct on remand or what decisions it should make. The mandate shall issue forthwith.